STATE OF NEW JERSEY v. JAMES F. JOHNSON.

March 26, 1981.

ORDERED that the matter is temporarily remanded to the Superior Court, Resentencing Panel, for such further proceedings as the Panel may, in its discretion, deem necessary to enable it to make a full articulation to this Court of the reasons supporting the finding of good cause as required by *N.J.S.A.* 2C:1–1(d)(2). Jurisdiction is retained. (See 85 *N.J.* 494 and 88 *N.J.* 26)

STATE OF NEW JERSEY v. LEONARD HOLMAN, ET AL.

March 31, 1981.

ORDERED that the motion for leave to appeal is granted, and the judgment of the Superior Court, Appellate Division as it relates to evidence obtained from electronic wiretaps on the telephones of K. Smith, Edward Gibson and Leonard Holman is summarily reversed in light of *State v. Stuart Burstein*, 85 *N.J.* 394 (1981), and remanded to the trial court.

STATE OF NEW JERSEY v. JOHN PASQUALE LIMATO.

March 31, 1981.

ORDERED that the motion for leave to appeal is granted, and, in light of *State v. Stuart Burstein, et al.*, 85 *N.J.* 394 (1981), the matter is summarily reversed and remanded to the trial court.